PER CURIAM.
 

 Nazih and Thelma Halawy, the parties in this long-term marriage, had a child who was still a minor when their dissolution of marriage action commenced. In a nonfinal child support order, the trial court imputed minimum wage income to each parent. Mr. Halawy appeals this nonfinal child support order,
 
 [1]
 
 contending that the trial court erred in requiring him to pay the entire amount despite the fact that the trial court imputed equal income to each of them.
 
 [2]
 

 Mrs. Halawy concedes the error and we agree.
 
 [3]
 
 We reverse and remand for correction of this error in the order on child support.
 
 [4]
 

 Reversed and remanded for further proceedings.
 

 
 *448
 
 SILBERMAN, C.J., and CASANUEVA, J., and DAKAN, STEPHEN L„ ASSOCIATE SENIOR JUDGE, Concur.
 

 [1]
 

 .
 
 See
 
 Fla. R.App. P. 9.130(a)(3)(C)(iii).
 

 [2]
 

 . Mr. Halawy raises a second issue which we decline to consider inasmuch as it is not within our jurisdiction at this time.
 

 [3]
 

 .
 
 See
 
 § 61.30(9), (10), Fla. Stat. (2009).
 

 [4]
 

 .Mrs. Halawy further notes that there may be a computational error in the amount of total child support due. On remand, the circuit court shall also consider this claim before entering the final judgment, which should also include a finding and order on alimony due, if any.